# Exhibit 1

| | |
|---|---|
| **From:** | Cercone, Kristina Katz |
| **To:** | David Bouchard; Frantz, Laura |
| **Cc:** | Ron Estefan; Oto Ekpo; Pat McDonough; Jonathan S. Tonge; Jennifer M. Webster; Melissa Millen; Nicole Archambault |
| **Subject:** | RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT |
| **Date:** | Monday, December 29, 2025 11:13:38 AM |

David—

I hope you had a good holiday.  Circling back to the terms you proposed for the requested IME, please see my in-line responses below in red and let us know if Plaintiff is in agreement or if we need to schedule a conferral this week.

Thanks,
Kristi
Kristina Katz Cercone
Partner
**JONES DAY® - One Firm Worldwide**℠
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
Office +1.312.269.1587
kcercone@jonesday.com

---

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Tuesday, December 23, 2025 10:35 AM
**To:** Cercone, Kristina Katz <kcercone@jonesday.com>; Frantz, Laura <lfrantz@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Good morning, Kristi—

Rule 26(a)(2)(D)(ii) authorizes disclosure of expert testimony that "is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), within 30 days after the other party's disclosure."  Rule 16(b)(4) authorizes modifications to the scheduling order for "good cause."

If G6 were to oppose item 4, and we litigated the IME issue, I think it is very likely that Judge Stetson would simply reject the requested IME. Judge Stetson emphasizes the "equal footing" factor in her prior opinions on IMEs, and opposition to item 4 here would flip that factor on its head. Worse, it would rob Plaintiff of her right to a rebuttal expert, which is authorized in the Federal Rules. If Judge Stetson didn't reject the IME, then I

think she'd give Plaintiff what she proposes in number 4 below, and we'd be back at square one.

Best regards,

David

**David Bouchard**
*Partner*
**E:** david@finchmccranie.com
**P:** 404-658-9070
**LI:** in/davidhbouchard
**Bio:** finchmccranie.com



**Atlanta**
229 Peachtree Street NE, Suite 2500
Atlanta, GA 30303

**Gwinnett**
3160 Main Street, Suite 102
Duluth, GA 30096

---

**From:** Cercone, Kristina Katz <kcercone@jonesday.com>
**Sent:** Tuesday, December 23, 2025 11:09 AM
**To:** David Bouchard <david@finchmccranie.com>; Frantz, Laura <lfrantz@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

David—

Thanks for the below.  We are evaluating and will get back to you as soon as possible.  To help us evaluate, can you please provide the caselaw support for your request in #4 below where, as here, plaintiff did not disclose an expert to opine on Plaintiff's alleged injuries and damages and the disclosure deadline for the party with the burden of proof has already passed?

Thank you,
Kristi
Kristina Katz Cercone
Partner
**JONES DAY® - One Firm Worldwide**℠
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
Office +1.312.269.1587
kcercone@jonesday.com

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Monday, December 22, 2025 5:58 PM
**To:** Frantz, Laura <lfrantz@jonesday.com>; Cercone, Kristina Katz <kcercone@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Good evening, Kristi and Laura—

Plaintiff E.P. has not been evaluated by a psychiatrist or medical doctor in this case.  As such, the "equal footing" factor discussed in Judge Stetson's opinions does not apply here, and there is a reasonable basis to believe that the Court would not order an IME of Plaintiff.  Nevertheless, Plaintiff is agreeable to an IME subject to the below terms:

1. The IME of Plaintiff E.P. will be limited to 4 hours or fewer, as Judge Stetson ruled in the orders entered in Case Nos. 1:23-cv-00283-MJT and 9:23-cv-00164-MJT. <span style="color:red">G6 will agree to a 4-hour limitation, not inclusive of any breaks requested/taken by Plaintiff</span>.

2. At least 14 days prior to the IME, Defendant will send Plaintiff's counsel an email enumerating the complete list of tests, examinations, and other inquiries to be undertaken (or that may be undertaken) by Dr. Norman during the IME. Dr. Norman will not undertake any tests, examinations, or other inquiries not enumerated in the same email. The proposed protocol says "e.g.", but that reference (and any other in the protocol), will not be used as a basis to conduct tests that have not been expressly enumerated in writing to Plaintiff's counsel at least 14 days prior to the IME.  <span style="color:red">Dr. Norman will provide an exhaustive list of possible psychometric tests to be given and agrees to not administer any testing not named.  We can provide that list this week once the parties agree to the rest of the terms set forth in this email.</span>

3. Dr. Norman's complete report, all test results, and all data generated as a result of Dr. Norman's IME of Plaintiff will be produced to Plaintiff's counsel within 30 days of the date on which the IME is conducted. <span style="color:red">Should G6 disclose Dr. Norman as a testifying expert, G6 will disclose what is required under Rule</span>

26(a)(2)(B) and the report will comply with Rule 35(b)(2). Dr. Norman can provide the Zoom video recording of the examination, which will include the Gallery View, Speaker View, audio, and Zoom transcript.

4. Plaintiff will have up to 60 days after receipt of Dr. Norman's report to identify and disclose a rebuttal expert. [I do not know if Plaintiff would identify and disclose a rebuttal expert. I need to study Dr. Norman's report before I am able to say. In the meantime, I want confirmation that you would not object to Plaintiff having that opportunity, and that you would agree to amend the schedule in accordance. If that scenario played out, Plaintiff would not oppose Defendant having a reasonable opportunity to depose Plaintiff's hypothetical rebuttal expert.] G6's position is that Plaintiff's deadline for expert disclosures—as the party with the burden of proof—has passed, per the Court's scheduling order. Nevertheless, in an effort to compromise and avoid court intervention on this issue, G6 will agree to this for the IME-related expert (assuming G6 discloses Dr. Norman as a testifying expert) so long as the Court enters a stipulated order that:

   1. allows Dr. Norman's report to be served no later than 30 days after the date on which the IME is conducted, which will be scheduled based on plaintiff's and Dr. Norman's mutual availability (we have already provided you dates Dr. Norman is available in January for the IME);

   2. allows Plaintiff 60 days from receipt of Dr. Norman's report to disclose a rebuttal expert and IME report pursuant to Rule 26(a)(2)(D)(ii) and Rule 35(b)(2) so long as any disclosed rebuttal expert is subject to the same terms agreed upon by the parties w/r/t Dr. Norman's IME, report, data, manner and method of tests, etc. that we are currently discussing; and

   3. amends the deadline for the end of discovery and dispositive motions to June 5, 2026.

4. The IME would occur via Zoom and would be audio and video recorded. G6 will agree to proceed with an IME via Zoom so long as Plaintiff participates via a computer, iPad, or tablet (as opposed to just a phone), and Plaintiff's video remains on throughout the duration of the evaluation by Dr. Norman and that she participates in the evaluation from a location where it is quiet/private and she can meaningfully participate.

Please let me know your position on these items.  Thanks.

Best regards,

David

**David Bouchard**
*Partner*
**E:** david@finchmccranie.com
**P:** 404-658-9070
**LI:** in/davidhbouchard
**Bio:** finchmccranie.com

 FINCH MCCRANIE LLP

**Atlanta**
229 Peachtree Street NE, Suite 2500
Atlanta, GA 30303

**Gwinnett**
3160 Main Street, Suite 102
Duluth, GA 30096

---

**From:** Frantz, Laura <lfrantz@jonesday.com>
**Sent:** Saturday, December 20, 2025 4:39 PM
**To:** David Bouchard <david@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Hi David –

Thank you for the weekend response. We are available for a call on Monday at 10:30 ET. I will circulate a Teams link. Also attached are two orders granting IMEs with Dr. Norman in the Eastern District of Texas.

Best,
Laura

Laura Frantz
Associate
**JONES DAY® - One Firm Worldwide®**
150 W. Jefferson, Suite 2100
Detroit, MI 48226-4438

Office +1.313.230.7949

---

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Saturday, December 20, 2025 12:30 PM
**To:** Cercone, Kristina Katz <kcercone@jonesday.com>; Frantz, Laura <lfrantz@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Good afternoon, Kristi and Laura—

1. I'm available to confer by phone on Monday from 10am – 2pm EST.  If you're not available in that window, please let me know times that work for you.  I have asked for more information about what you are proposing—and any authority supporting your proposal—because I want to make sure our conference is substantive and specific.  The conference is not supposed to be a check-the-box exercise.  We're supposed to confer in good faith as professionals.  If I know exactly what you are proposing, and the authority you are relying on, then we will have a more productive discussion about the propriety of what you are proposing in this case.   That's why I asked you for more detail on your proposal and the relevant authority. You are right, I have litigated many trafficking cases.  You are wrong that I am familiar with the need for IMEs in trafficking cases; I've never had a survivor undergo an IME.  You sent an order from the DNM.  If you have an order from the EDTX, I'd like to see it before our conference on Monday.

2. I agree that G6's production is unrelated to G6's IME request.  I brought up G6's production to make a point about reciprocal professional courtesy.  In my emails over the past several months about G6's production, I have requested numerous items and told you that I would raise them with the Court if G6 doesn't produce them.  I have also, as a professional courtesy, given you a reasonable opportunity to investigate your position on those items and then respond.  I'm asking for the same courtesy in return.  I don't need four emails in three days asking for my position on an IME; I need to be treated like a professional and given a fair opportunity to review your request and respond in a reasonable time period, which is the same courtesy I have shown you.  I am not claiming that you are "refusing" to meet and confer as to my 12/17 email. I am giving you an opportunity to investigate the items I raised in that email and then respond. I'd appreciate the same courtesy in return.

3. It's correct that you didn't hear any follow-up from us for several weeks after we received G6's production. We needed to review it and study it. The follow-up items that I emailed you about after completing our review are unrelated to G6's IME request. One has nothing to do with the other.

Best regards,

David

**David Bouchard**
*Partner*
**E:** david@finchmccranie.com
**P:** 404-658-9070
**LI:** in/davidhbouchard
**Bio:** finchmccranie.com



**Atlanta**
229 Peachtree Street NE, Suite 2500
Atlanta, GA 30303

**Gwinnett**
3160 Main Street, Suite 102
Duluth, GA 30096

---

**From:** Cercone, Kristina Katz <kcercone@jonesday.com>
**Sent:** Friday, December 19, 2025 5:36 PM
**To:** David Bouchard <david@finchmccranie.com>; Frantz, Laura <lfrantz@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Melissa Millen <mmillen@finchmccranie.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

David—

I need to interject here. As you know, we made the request for an IME on the very day Plaintiff made her disclosure of Plaintiff's single expert, Ms. McDowell, who apparently relied on an interview she conducted of Plaintiff last month. As a practitioner who has litigated TVPRA cases before, I assume you are well aware of the need for IMEs in these cases, including this one, when Plaintiff is claiming that the G6 defendants are responsible for her alleged trauma and injuries.

I also need to correct the record below regarding G6's production of documents in this case—which is wholly irrelevant to G6's request for an IME. Nonetheless, I point out that you neglect to mention below that G6 substantially completed its production months ago and weeks have gone by without follow-up from you aside from clarifying questions, which we have answered. And then, in response

to G6 requesting an IME, all of a sudden, you're seeking expanded discovery including new custodians.  We're happy to meet and confer with you on why you believe any additional custodians or otherwise expanded discovery is necessary.  Please provide times you are available next week.

G6 has always engaged in good faith with you regarding disputes, including multiple telephonic conferrals.  By contrast, you are refusing to participate in a meet-and-confer—a request we have made multiple times.  As such, I will request one final time that you provide times you can be available to confer on Monday (since you have refused to confer with us at all this week).  As a reminder, pursuant to Local Rule Civ. 7(h):  "**An unreasonable failure to meet and confer violates Local Rule AT-3 and is grounds for disciplinary action. A party may file an opposed motion without the required conference only when the non-movant has acted in bad faith by failing to meet and confer**."

Attached is Dr. Norman's CV along with the order mentioned in Laura's email.  As you will see, Dr. Norman is qualified to conduct the IME.  You will also see that the "Scope" portion of the details Laura provided you below come directly from the scope of the exam the Court in *AF* ordered.  *See AF* Dkt. 118 at 2 ("Plaintiff shall submit for a medical examination as described in Dr. Norman's Memorandum of Examination Protocol (doc. 108-4).").  I have also attached doc. 108-4 (the proposed protocol) for your reference.

As for our requested conferral, we would like to discuss: (1) your position on the IME request, and (2) to the extent you still are not in a position to provide that, your position on G6's request to adjust the schedule to allow Plaintiff time to decide whether she will consent to the IME (and to brief the issue, if necessary).

Again, please provide times you can be available to confer on Monday (I'm also available to confer this weekend if that is better for your schedule) or we will inform the Court that you have unreasonably refused to confer in violation of LRCiv 7(h).


Best,
Kristi


Kristina Katz Cercone
Partner
**JONES DAY® - One Firm Worldwide**℠
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
Office +1.312.269.1587
kcercone@jonesday.com

---

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Friday, December 19, 2025 10:26 AM
**To:** Frantz, Laura <lfrantz@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Melissa Millen <mmillen@finchmccranie.com>; Cercone,

Kristina Katz <kcercone@jonesday.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Good morning, Laura—

Please send me the "prior court orders the G6 Defendants have obtained on other Rule 35 IME requests." Please also send me Dr. Norman's CV, and please identify the G6 cases in which Dr. Norman has been approved by a court to conduct an IME of a trafficking survivor.

I understand you want an answer immediately. I'm not able to give you an answer immediately. I need more information from you, and then I need time to review whatever information you provide. I also need time to research the issue myself. After those things have occurred, I may or may not agree with what you've proposed. If you cannot wait for that back-and-forth to occur, then you may raise the issue with the Court and see how the Court responds.

I sent G6 discovery requests 8 months ago, and I'm still waiting on a complete production from G6 after voluminous meet-and-confer emails from me to you about basic facts that Plaintiff needs and is entitled to in discovery. I need a response to my 12/17/25 email to you about the same issues. We want to schedule fact witness depositions, and I need responses from you about issues with G6's production in this case to move that process forward. Thank you.

Best regards,

David

**David Bouchard**
*Partner*
**E:** david@finchmccranie.com
**P:** 404-658-9070
**LI:** in/davidhbouchard
**Bio:** finchmccranie.com



| Atlanta | Gwinnett |
|---|---|
| 229 Peachtree Street NE, Suite 2500 | 3160 Main Street, Suite 102 |
| Atlanta, GA 30303 | Duluth, GA 30096 |

**From:** Frantz, Laura <lfrantz@jonesday.com>
**Sent:** Thursday, December 18, 2025 5:34 PM
**To:** David Bouchard <david@finchmccranie.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Melissa Millen <mmillen@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

[Reducing]

Hi David –

Below is our IME proposal, which is consistent with prior court orders the G6 Defendants have obtained on other Rule 35 IME requests:

- **Time:** On or before January 21, 2026, no longer than 6 hours. The examiner is currently available on Jan 5, 10, 16, 17, 19, or 21.
- **Place:** Mutually agreeable location in Georgia.
- **Person to perform the IME:** Dr. Matthew Norman, who is licensed in Georgia.
- **Manner & Conditions:** In-person examination.
- **Scope:** Dr. Norman will conduct a psychiatric interview, including current complaints, past psychiatric history, current medications, past medical history, substance use history, personal/developmental history, and mental status examination. The meeting will be audio and video recorded. He will also administer and have the individual take several psychometric tests. These would include personality testing (i.e., PAI), possibly tests related to symptom validity and effort of either psychiatric or cognitive symptoms (i.e., SIMS, M-FAST, TOMM, or SIRS-2), and some commonly used self-report measures as well (e.g., PHQ-9, LEC-5, PCL-5, CAPS, GAD-7). He will utilize reliable and generally accepted measures used by psychologists and psychiatrists in similar settings.

If Plaintiff does not consent to the IME, we will need to file a motion next week, and we will likely seek an extension of the expert discovery schedule to accommodate briefing on the Rule 35 issue. Could you please provide your availability to confer tomorrow or Monday on our anticipated motion so we can comply with our conferral obligations under the EDTX local rules?

Thanks,
Laura

Laura Frantz
Associate
**JONES DAY® - One Firm Worldwide®**

150 W. Jefferson, Suite 2100
Detroit, MI 48226-4438
Office +1.313.230.7949

---

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Thursday, December 18, 2025 4:16 PM
**To:** Frantz, Laura <lfrantz@jonesday.com>; Melissa Millen <mmillen@finchmccranie.com>; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Chan, Yvonne W. <ychan@jonesday.com>; Domingo, Christopher H. <chdomingo@jonesday.com>; Wallace, Kate <kwallace@jonesday.com>; Pratt, Elizabeth A. <epratt@jonesday.com>; Gray, Michael J. <mjgray@jonesday.com>; Cercone, Kristina Katz <kcercone@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Good afternoon, Laura—

I'm not in a position to agree or disagree at this point without more information from you.  I need to know more about what you're envisioning in order to give you my position. Please give me specifics on what you have in mind (e.g., duration, location, participants, etc.), so that I know what you are proposing and we can go from there. Thank you.

Best regards,

David

**David Bouchard**
*Partner*
**E:** david@finchmccranie.com
**P:** 404-658-9070
**LI:** in/davidhbouchard
**Bio:** finchmccranie.com

 FINCH MCCRANIE LLP

**Atlanta**
229 Peachtree Street NE, Suite 2500
Atlanta, GA 30303

**Gwinnett**
3160 Main Street, Suite 102
Duluth, GA 30096

---

**From:** Frantz, Laura <lfrantz@jonesday.com>

**Sent:** Thursday, December 18, 2025 3:51 PM
**To:** David Bouchard <david@finchmccranie.com>; Melissa Millen <mmillen@finchmccranie.com>; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Chan, Yvonne W. <ychan@jonesday.com>; Domingo, Christopher H. <chdomingo@jonesday.com>; Wallace, Kate <kwallace@jonesday.com>; Pratt, Elizabeth A. <epratt@jonesday.com>; Gray, Michael J. <mjgray@jonesday.com>; Cercone, Kristina Katz <kcercone@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Hi David –

Following up on the below. What is your position on the IME? And what is your availability tomorrow to meet and confer?

Thanks,
Laura

Laura Frantz
Associate
**JONES DAY® - One Firm Worldwide®**
150 W. Jefferson, Suite 2100
Detroit, MI 48226-4438
Office +1.313.230.7949

---

**From:** Frantz, Laura
**Sent:** Wednesday, December 17, 2025 9:00 PM
**To:** David Bouchard <david@finchmccranie.com>; Melissa Millen <mmillen@finchmccranie.com>; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Chan, Yvonne W. <ychan@jonesday.com>; Domingo, Christopher H. <chdomingo@JonesDay.com>; Wallace, Kate <kwallace@JonesDay.com>; Pratt, Elizabeth A. <epratt@JonesDay.com>; Gray, Michael J. <mjgray@JonesDay.com>; Cercone, Kristina Katz <kcercone@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Hi David –

Thank you for providing the Bates numbers. Could you please let us know whether Plaintiff will consent to the IME. If Plaintiff will not consent, will you please provide your availability tomorrow or Friday to meet and confer, as we will plan to seek relief from the Court.

Thank you,
Laura

Laura Frantz
Associate
**JONES DAY® - One Firm Worldwide®**
150 W. Jefferson, Suite 2100
Detroit, MI 48226-4438
Office +1.313.230.7949

---

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Wednesday, December 17, 2025 5:10 PM
**To:** Frantz, Laura <lfrantz@jonesday.com>; Melissa Millen <mmillen@finchmccranie.com>; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Chan, Yvonne W. <ychan@jonesday.com>; Domingo, Christopher H. <chdomingo@jonesday.com>; Wallace, Kate <kwallace@jonesday.com>; Pratt, Elizabeth A. <epratt@jonesday.com>; Gray, Michael J. <mjgray@jonesday.com>; Cercone, Kristina Katz <kcercone@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Good afternoon, Laura—I've confirmed that the documents were produced in April and May 2025. Bates numbers below. I didn't include Plaintiff's deposition transcript because there isn't a bates number for that.

- Forensic interview of 15-year-old E.P. EP-008317
- 4Sarah Documents
    - o EPSON141 (Case Management Notes) EP-007983-007984
    - o EPSON140 (System of Care Request Form) EP-007972-007982
- Amber Millwood Affidavit EP-009989-009991
- Carmeshia Pearson Affidavit EP-008334-008335
- Janessa Taylor Affidavit EP-008336-008337
- Michelle Sloan Affidavit EP-008338-008342
- Vivian Nguyen Affidavit EP-008343-008344
- Chandan Price DeKalb County Inmate Search EP-008330-008331
- Chandan Price DeKalb County Jail Booking Report – 2012 EP-008318-008327
- Chandan Price DeKalb County Investigative File (File Date 06/25/2014) EP-008328-008329
- Chandan Price DeKalb County Incident Report 12-037944 EP-008332-008333
- DeKalb DA Photos EP-007907-007965

- Department of Human Services Open Record Request (08/31/2023) EP-007772-007773
- East Chester Family Services Family Support Case Narrative (Case Number: 17229470) EP-007774-007798
- Gwinnett Juvenile Court Documents
    - o    Conditions of Probation EP-007810
    - o    Addendum to Conditions of Probation EP-007830
    - o    Psychological Assessment EP-007837-007843
- Redacted Emails between Caregiver and DeKalb County Juvenile Court EP-000079-000081
- Georgia Department of Juvenile Justice Mental Health Screening (06/09/2014) EP-000082-000085
- Gwinnett County Sheriff's Office Booking Information for E.P. (06/30/2018) EP-000086-000109
- Snellville Police Department Open Records Request (07/01/2022) EP-000112-000163

Best regards,

David

**David Bouchard**
*Partner*
**E:** david@finchmccranie.com
**P:** 404-658-9070
**LI:** in/davidhbouchard
**Bio:** finchmccranie.com



**Atlanta**
229 Peachtree Street NE, Suite 2500
Atlanta, GA 30303

**Gwinnett**
3160 Main Street, Suite 102
Duluth, GA 30096

**From:** David Bouchard
**Sent:** Wednesday, December 17, 2025 12:39 PM
**To:** Frantz, Laura <lfrantz@jonesday.com>; Melissa Millen <mmillen@finchmccranie.com>; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Chan, Yvonne W. <ychan@jonesday.com>; Domingo, Christopher H. <chdomingo@jonesday.com>; Wallace, Kate <kwallace@jonesday.com>; Pratt, Elizabeth A. <epratt@jonesday.com>; Gray, Michael J. <mjgray@jonesday.com>; Cercone, Kristina Katz <kcercone@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough

<pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Good afternoon, Laura—To my knowledge, the documents were produced in April and May 2025. I'll confirm that and send the bates numbers. I'll get dates for Ms. McDowell's deposition. I'll follow up on the IME.  Thanks.

Best regards,

David

**David Bouchard**
*Partner*
**E:** david@finchmccranie.com
**P:** 404-658-9070
**LI:** in/davidhbouchard
**Bio:** finchmccranie.com



**Atlanta**
229 Peachtree Street NE, Suite 2500
Atlanta, GA 30303

**Gwinnett**
3160 Main Street, Suite 102
Duluth, GA 30096

---

**From:** Frantz, Laura <lfrantz@jonesday.com>
**Sent:** Tuesday, December 16, 2025 8:26 PM
**To:** Melissa Millen <mmillen@finchmccranie.com>; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Chan, Yvonne W. <ychan@jonesday.com>; Domingo, Christopher H. <chdomingo@jonesday.com>; Wallace, Kate <kwallace@jonesday.com>; Pratt, Elizabeth A. <epratt@jonesday.com>; Gray, Michael J. <mjgray@jonesday.com>; Cercone, Kristina Katz <kcercone@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Counsel –

Could you please produce the materials Ms. McDowell references in the "Sources of Opinion" section of her report or otherwise provide the relevant Bates numbers? "DeKalb DA Photos," for example, does not sufficiently identify the specific documents Ms. McDowell considered in forming her opinions. Please also provide some dates in mid-January that Ms. McDowell is

available for deposition.

Finally, can you let us know Plaintiff's position on whether she will consent to a Rule 35 IME?

Thank you,
Laura

Laura Frantz
Associate
**JONES DAY® - One Firm Worldwide®**
150 W. Jefferson, Suite 2100
Detroit, MI 48226-4438
Office +1.313.230.7949

---

**From:** Melissa Millen <mmillen@finchmccranie.com>
**Sent:** Tuesday, December 16, 2025 5:20 PM
**To:** Frantz, Laura <lfrantz@jonesday.com>; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Chan, Yvonne W. <ychan@jonesday.com>; Domingo, Christopher H. <chdomingo@jonesday.com>; Wallace, Kate <kwallace@jonesday.com>; Pratt, Elizabeth A. <epratt@jonesday.com>; Gray, Michael J. <mjgray@jonesday.com>; Cercone, Kristina Katz <kcercone@jonesday.com>
**Cc:** Ron Estefan <ron@ronestefanlaw.com>; David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Subject:** E.P. v. G6 Hospitality, LLC, et al., 4:24-cv-00216-MJT

Good afternoon—Please see the attached expert report from Naeshia McDowell.

Thank you.

**Melissa Millen**
*Paralegal*
**E:** mmillen@finchmccranie.com
**P:** 404-658-9070
**F:** 404-688-0649



**Atlanta**
229 Peachtree Street NE, Suite 2500
Atlanta, GA 30303

**Gwinnett**
3160 Main Street, Suite 102
Duluth, GA 30096

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail

in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.