# EXHIBIT A

**Factual Misrepresentations in E.P.'s Responses to G6's Motions for Summary Judgment**

| **E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1]** | **RECORD EVIDENCE** |
|---|---|
| "Even so, Chandan **continued to traffic E.P. there** after the police visit, and **he did not change his or E.P.'s activities there**. [Ex. 25 at ¶17]." Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgement on the Merits ("Opp.") at 10. | E.P. Dep. Tr. in *K.W., et al. v. Jankhi Motel, Inc* at 26:4–10<br>Q. **What was the reason that you left Motel 6**?<br>A. **We left. We left, we went to his mother's house for the night**, came back, and **Amber told me the police had been there with my picture knocking on the door. We went across the street to Masters** Inn for a **couple of days.** Chandon felt like it was safe enough, and ended up back at Motel 6. |
| "A.M. testified under oath that she talked to and **saw E.P. at Tucker Motel 6 numerous times from approximately January 2014 – May 2014**. [A.M. Dep. Tr.] at 58:4-7, 58:21-23." Opp. at 11–12. | A.M. Dep. Tr. 56:25–58:16<br>Q. So you believe you met E.P. at Tucker Motel 6 some time in 2014, but you can't recall more specifically the time period; is that fair?<br>A. Yes, ma'am.<br>Q. How did you meet E.P.?<br>A. I mean, just in passing at the motel.<br>Q. When was the first time you interacted with E.P.?<br>A. Like, the date or?<br>Q. Sure. If you have an approximate date, I would be interested.<br>A. No, I don't.<br>Q. Tell me about your first interaction with |

[1] Plaintiff filed her opposition briefs to Defendants' motions for summary judgment under seal (see Dkts. 181 and 183) and has not yet filed redacted versions of either brief on the public docket; therefore, Defendants have redacted the material quoting from Plaintiff's opposition briefs that remain under seal as of the date of this filing.

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | E.P. at Tucker Motel 6.<br>A. I mean, we just started talking. And then that was really it.<br>Q. What did you talk about?<br>A. About -- I don't remember exactly what we talked about.<br>Q. **How many times do you think you spoke with E.P. at the Tucker Motel 6?**<br>A. **Just a couple.**<br>Q. A couple typically means two. Do you think it was more than two?<br>A. About three or four times.<br>Q. How long did those conversations last?<br>A. Not long.<br>Q. A couple minutes?<br>A. Yes.<br>Q. **So you think you had three to four a-couple-minute-long conversations with E.P. when she was at Tucker Motel 6 in 2014?**<br>A. Yes, ma'am.<br>Q. And you can't recall what you talked about?<br>A. No, ma'am.<br>Q. **Over what duration did those conversations take place? Was it over a span of a week, over span of a few weeks?**<br>A. **I would say over a week.**<br>Q. **Over one week?** |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | 16 A. **Yes, ma'am.** |
| "These **pervasive violations of security rules continued when people came to the front desk to extend room reservations and to get new room keys**. In both contexts, there were **'issue[s]' with staff failing to check IDs**. [Primm Dep. Tr.] at 79:22-80:13." Opp. at 6.<br><br>"Tucker Motel 6 **staff regularly failed to record ID information** and guests. [Primm Dep. Tr.] at 73:13–74:3." Opp. at 5–6. | <u>Primm Dep. Tr. at 73:8–22; 79:22–81:2</u><br>8 Q. Were there some common areas where you wanted<br>9 staff to get better?<br>10 A. Yeah.<br>11 Q. Like what?<br>12 A. Answering the phones. Answering the phones,<br>13 getting all the information when they put them in the<br>14 system. That's where **I had the issues with Barbara not**<br>15 **putting all the information in the system. So I was like,**<br>16 **okay, I can't use you that much because you're not**<br>17 **following the rules.** So even with doing little write-ups<br>18 with her, it still was not working. **So that's how come**<br>19 **sometimes she would just say, can I just do some**<br>20 **housekeeping, and she would be stronger there. So as**<br>21 **opposed to me just losing an employee, sometimes I can use**<br>22 **her in housekeeping, and she was really good there.**<br>…<br>22 Q. **If somebody came to the front desk at the Tucker**<br>23 **Motel 6 to get a new room key in 2014, would you check**<br>24 **their ID?**<br>25 A. **Yes.**<br>1 Q. **Do you know if your staff always did that?**<br>2 A. **That, I do not know**. And that was some of the<br>3 hiccups. Just because you remember them or just because<br>4 they lost their key, that's an issue.<br>5 Q. **If somebody came to the front desk at Tucker**<br>6 **Motel 6 to extend a room reservation, would you check** |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | **their IDs**?<br>A. **Check their ID and you still have to take their key because you have to add more time onto the key.**<br>Q. **Do you know if your staff always did?**<br>A. **I do not know.**<br>Q. Was that an issue?<br>A. That was an issue.<br>Q. **If somebody did not have an ID, would you rent a room to them**?<br>A. **No.**<br>Q. **Do you know if your staff did that**?<br>A. **That, I don't know**. And that's why I would say missing ID information is valid. You have to put in all that information.<br>Q. **Was it a common occurrence that there would be missing ID information**?<br>A. **With Barbara**.<br>Q. With Barbara Butler?<br>A. Yeah.<br>Q. **Anyone else**?<br>A. **No. Barbara was my hiccup.** |
| "Regardless, G.M. Primm lived off property **in 2014**, and **was 'distracted' and not regularly available because her husband was hospitalized**. [Martin Dep. Tr.] at 110:14; [Primm Dep. Tr.] at 140:23-141:1" Opp. at 10 n.13. | Primm Dep. Tr. at 200:19–201:7<br>Q. Under the People Excellence Comments, it says, Veena is a capable leader, but one of the issues that seems to hold her back is that she seems to have a lot of **outside distractions**. Do you see that?<br>A. Yes.<br>Q. And I believe Mr. Bouchard previously asked you |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | about that sentence. Do you recall that?<br>A. Yes.<br>Q. **And you said it related to the fact that your husband was hospitalized for a year; is that right?**<br>A. Yes.<br>Q. **So that hospitalization occurred in the 2012-2013 time period; is that right?**<br>A. **Yes.** |
| "A Vice Unit officer testified to **his personal knowledge** of girls and women staying **in rooms that they were not registered** to, and **staying in rooms with no ID associated**. Ex. 21 at 81:25-84:3 (Bess Dep.)." Opp. at 6 n.6. | <u>Bess Dep. Tr. at 82:3–84:6</u><br>**How would you know whether a woman was staying in a room without proper ID or with no ID**?<br>A. Well, most of the times, if you are skilled in undercover work, I mean, you know, it's a great deal of conversation that sometimes you will have with these people -- with -- with women that are involved in that or women, men, whoever involved in that stuff. And they'll tell you that they don't carry ID. They'll -- they'll let you know that they don't carry ID.<br>And there have been times when -- there have been times when we -- when we've had to deal with a person who the room wasn't registered to, and, you know, they're -- they're -- they're letting us know that, hey, the hotel staff or whoever they are, they're -- they're accepting -- they're letting -- they're letting -- they're letting us pay without this, without ID and, you know, things like that. |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | When we do the takedown and stuff, we extract a lot of information, and that information that we get from the people that are actually under arrest or people that we're interviewing and stuff, we can -- we can make a fair assumption, if they don't have any ID, how did the room get paid for? And they'll tell us. Say, "Oh, I had a traffic citation and with no ID or anything on it and he let me pay just as long as I showed a traffic citation," you know. And there's no picture on a traffic citation. It's not a valid form of ID. You know, things of that nature. And sometimes we've talked to traffickers and pimps, and they told us, you know, "I send the girls down there to pay. They don't even look at my face. They don't see me." So these are --<br>Q. Can you recall --<br>A. These are --<br>MS. EKPO: Wait. Can you let him finish, please?<br>MR. THACKSTON: I wasn't trying to interrupt, Oto.<br>BY MR. THACKSTON:<br>Q. Go ahead.<br>A. Oh, no, I was just saying these -- these are things that happen through investigations and interviewing people and stuff like that. That's |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | all.<br>Q. Do you recall whether that ever occurred at a Motel 6?<br>A. Yes.<br>Q. **Do you recall any specific instances of that occurring at a Motel 6**?<br>A. **No, sir, not any specific, instance.** |
| "The 15-year-old was then openly advertised for sex—she 'stood in [the] doorway' of **Angel's room and in *hallways*** at Tucker Motel 6 to attract the many men at the hotel interested in buying young girls for sex. [E.P. Dep. Tr.] at 204:9-19; [E.P. Decl.] at ¶9." Opp. at 7–8.<br><br>"Like with Angel, E.P. attracted sex buyers by **loitering in the doorway and *in common areas***, [E.P. Dep. Tr.] at 204:12-18, [E.P. Decl.] at ¶9." Opp. at 9–10.<br><br>"To attract sex buyers, E.P. **stood in common areas** scantily clad. [E.P. Dep. Tr.] at 169:8-13; [E.P. Decl.] at ¶¶9-10." Opp. at 11. | E.P. Dep. Tr. at 204:7–19<br>Q. And why do you think the G6 Defendants are responsible for those damages?<br>A. I think they should have known, and I think they should have spoke up. And there was ample opportunity for them to know. I mean, it was the middle of the school year. I was a 15-year-old girl going to the hotel to fix key cards and rent rooms. I used to **stand outside the doorway**. I mean, most of the girls did. You just kind of **stood in your doorway** in provocative clothing and you had multiple men, at least five men a day coming **in and out of my room with Chandan there**. You know, he's in the parking lot, and he comes right back. |
| "**Chandan worked with another trafficker, Black, at Tucker Motel 6 to traffic E.P.** [E.P. Dep. Tr.] at 122:4-5; [E.P. Decl.] at ¶14." Opp. at 9.<br><br>"Chandan paid Black for use of a room at Tucker Motel 6 **so that they could sell E.P. to adults for sex**. [E.P. Dep. Tr.] at 122:4-5." Opp. at 9. | E.P. Dep. Tr. at 128:6–23; 129:15–25<br>Q. Okay. I believe the next person that you said was a trafficker was someone named Black. Is that right?<br>A. Yes.<br>Q. Do you know Black's legal name?<br>A. No. |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | Q. **When was the first time you believe you were trafficked by Black**?<br>A. I would say that it's sometime between the March 31st and like -- sometime between March 31st and maybe all the way up to like beginning of May, sometime between that time period. I would have -- **I used Amber -- Amber and Black's room one time, and I believe Chandan paid him for using the room.** Amber also introduced me to Backpage. And I don't know if that was her doing that or if that was her pimp, you know, coaxing her into introducing me to Backpage.<br>…<br>Q. Okay. Returning to Black, you said the first time he trafficked you was sometime between March 31st, 2014, and May of 2014. Is that right?<br>A. Yes.<br>Q. Okay. **When was the last time you believe you were trafficked by Black**?<br>A. **It would have just been that one time that I used their room, I believe.**<br>Q. And you think you used their room only one time?<br>A. I believe so. |
| "From around March 16, 2014 to March 31, 2014—when E.P. was living at Tucker Motel 6 with Angel—a 32-year-old man named Chandan Price picked up E.P. on multiple occasions | <u>E.P. Dep. Tr. in *K.W., et al. v. Jankhi Motel, Inc* at 24:24–25:14</u><br>Q. Did you reach back out to Chandon after you came back to the hotel and couldn't find Angel, or how did you connect with him at that point? |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| and **took her away from the hotel for 'a couple hours.'** [E.P. Dep. Tr.] at 178:21-179:8, 160:1-10, 122:22-23." Opp. at 8. | A. He was still with me. He, you know, waited for me to go into in the room, realized that I didn't -- you know, she wasn't answering, and I came back to the car and talked to him.<br>Q. And was he somebody you considered your boyfriend at this point?<br>A. Yes. I thought he was my boyfriend, yes.<br>Q. All right. **And the two of you had been away together for the weekend before returning to find Angel gone**?<br>A· **Not the weekend. It was just the night.**<br>Q. **And where did you go for the night**?<br>A. **To his mother's house in** [redacted] |
| "Additionally, Chandan and Angel **went to the front desk to switch rooms multiple times**. [E.P. Decl.] at ¶¶ 5-6." Opp. at 14. | <u>E.P. Dep. Tr. at 177:9–25: 160:24–161:7</u><br>Q. Did you stay in the same room or different rooms when you were at the Motel 6?<br>A. I believe we were in different rooms.<br>Q. Okay. **How many different rooms do you think you stayed in**?<br>A. **I don't know. I couldn't really give an estimate on that. I'm not sure.**<br>Q. **How many times did you move rooms?**<br>A. **I don't know.**<br>Q. More than once?<br>A. Yeah, more than once, definitely.<br>Q. More than five times?<br>A. I'm not sure.<br>Q. More than ten times? |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | A. **Not sure. But definitely more than once.** But I'm sure that we weren't in the same room that those dates are from. **So at least once.**<br>…<br>Q. Tell me about the check-in process at the Tucker Motel 6. **Who would check into the motel?**<br>A. **Chandan would.**<br>Q. **What about when you were with Angel?** Who would check in?<br>A. **Angel would.**<br>Q. **Would you check in with Chandan**, or would he **check in alone**?<br>A. **I believe he checked in by himself.** |
| "Chandan **could readily check in under another name** or through another person. Indeed, **there is evidence that he did**. [E.P. Dep. Tr.] at 122:4-5, 160:24-161:24." Opp. at 9 n.11.<br><br>"After April 3, he continued to traffic E.P. for weeks at Tucker Motel 6 **under a different name**. [E.P. Dep. Tr.] at 161:1, 161:14-24." Opp. at 9. | <u>E.P. Dep. Tr. at 128:6–23; 129:15–25; 161:5–24</u><br>Q. Okay. I believe the next person that you said was a trafficker was someone named Black. Is that right?<br>A. Yes.<br>Q. Do you know Black's legal name?<br>A. No.<br>Q. **When was the first time you believe you were trafficked by Black**?<br>A. I would say that it's sometime between the March 31st and like -- sometime between March 31st and maybe all the way up to like beginning of May, sometime between that time period. I would have -- **I used Amber -- Amber and Black's room one time, and I believe Chandan paid him for using the room.** |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | Amber also introduced me to Backpage. And I don't know if that was her doing that or if that was her pimp, you know, coaxing her into introducing me to Backpage.<br>…<br>Q. Okay. Returning to Black, you said the first time he trafficked you was sometime between March 31st, 2014, and May of 2014. Is that right?<br>A. Yes.<br>Q. Okay. **When was the last time you believe you were trafficked by Black**?<br>A. **It would have just been that one time that I used their room, I believe.**<br>Q. And you think you used their room only one time?<br>A. I believe so.<br>…<br>Q. Would you check in with Chandan, or would he check in alone?<br>A. I believe **he checked in by himself**.<br>Q. **Do you know who made the reservation**?<br>A. **No**. I mean, I guess Chandan, **but I don't know**. It could have been somebody else.<br>Q. **And you don't know how he made the reservation**?<br>A. **No**.<br>Q. **Do you know whose name the reservation was under**? |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | 16 A. **March 31st to the 3rd, it was under**<br>17 **Chandan Price's name. After that, I don't know**, but I<br>18 was definitely at the hotel after those dates. So I<br>19 don't know what he put it under. **I don't know if he**<br>20 **had somebody come do it for him. I don't know if he**<br>21 **had a fake ID.** He did have the means to obtain a fake<br>22 ID from the people he knew in Florida. So I'm not<br>23 sure. **I didn't go in with him to actually obtain the**<br>24 **room**. |
| "E.P.'s **account of her trafficking at Tucker Motel 6** is corroborated by multiple eyewitnesses (**[A.M. Dep. Tr.]** at 128:8-129:6; Ex. 9 at ⁋14; [E.P. Decl.] at ⁋7), and documents (**Ex. 22**, **Ex. 26** (photo taken by E.P. of Chandan Price in Atlanta, Georgia on 3/19/14), **[E.P. Decl.] at ⁋8**, Ex. 24A & B, **Ex. 27** (5/2/14 police report from Tucker Motel 6 re A.M.'s and E.P.'s trafficker, Black), **Ex. 23** (Records from Gwinnett Co. Juvenile Ct.))." Opp. at 11. | A.M. Dep. Tr. at 57:19–58:16<br>19 Q. How many times do you think you spoke with<br>20 E.P. at the Tucker Motel 6?<br>21 A. Just a couple.<br>22 Q. A couple typically means two. Do you<br>23 think it was more than two?<br>24 A. About three or four times.<br>25 Q. How long did those conversations last?<br>1 A. Not long.<br>2 Q. A couple minutes?<br>3 A. Yes.<br>4 Q. **So you think you had three to four**<br>5 **a-couple-minute-long conversations with E.P. when**<br>6 **she was at Tucker Motel 6 in 2014**?<br>7 A. Yes, ma'am.<br>8 Q. And you can't recall what you talked<br>9 about?<br>10 A. No, ma'am.<br>11 Q. **Over what duration did those conversations** |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | 12 **take place? Was it over a span of a week, over span**<br>13 **of a few weeks**?<br>14 A. **I would say over a week.**<br>15 Q. **Over one week?**<br>16 A. **Yes, ma'am**.<br><br><u>Decl. of David Bouchard at ¶¶ 22, 26, 23, 27</u><br>¶ 22 **Exhibit 22** is a **"Juvenile Runaway Pick-Up Order"** document that Plaintiff produced in discovery and is marked EP-007862-EP-007865.<br>¶ 26 **Exhibit 26** is a true and correct **picture of E.P. 's trafficker** Chandan Price produced by Plaintiff in this case and marked as EP-011274.<br>¶ 23 **Exhibit 23** is a document entitled **"Warrant Recall"** that Plaintiff produced in discovery and is marked EP-007894-EP-007895.<br>¶ 27 **Exhibit 27** is a true and correct copy of **a police report** presented during A.M.' s deposition on March 27, 2026. Exhibit 27 **contains identifying information of E.P.**, which is subject to the Court's Protective Order. Thus, Plaintiff seeks leave to file Exhibit 27 under seal.[2]<br><br><u>Decl. of E.P. at ¶ 8</u><br>¶ 8 Attached to this declaration is **a photo dated March 19, 2014** that was produced in discovery in this case. It shows two African-American men sitting on a couch. One of those men is Chandan Price. The other is his brother, Anthony Price. **They were seated** |

[2] Despite Mr. Bouchard's assertion, there is no reference to E.P. anywhere in Exhibit 27. *See* Dkt. 181-19.

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | **on a couch at their mother's house in** [redacted]. I took the photo on or around March 19, 2014. |
| "The **notice stated that E.P. was a "missing child** or runaway or something like that." [A.M. Dep. Tr.] at 75:11-17. The police went into the Tucker Motel 6 office with the same notice. [A.M. Dep. Tr.] at 70:21-24, 74:12-14." Opp. at 10. | <u>A.M. Dep. Tr. at 63:13–64:9; 70:2–24; 80:23–81:11</u><br>13 Q. When did the police tell you E.P. was a<br>14 minor?<br>15 A. I'm not sure of the exact date. **But they**<br>16 **came around the hotel with her picture.**<br>17 Q. Did you talk to them?<br>18 A. Yes.<br>19 Q. What did you say to them?<br>20 A. They asked me did I know her and I said<br>21 yeah. I think I said yes. But she wasn't there at<br>22 the time.<br>23 Q. So it is your testimony today that the<br>24 police came to the property looking for E.P., you<br>25 talked to them. They asked you whether E.P. had<br>1 been at the property and you told them yes?<br>2 A. Well, they showed me a picture and they<br>3 were like, Do you know her? And I said yes.<br>4 Q. Did you tell them anything else that you<br>5 knew about E.P.?<br>6 A. No, ma'am.<br>7 Q. Did you tell them E.P. had been at the<br>8 property?<br>9 A. I don't believe so.<br>…<br>2 Q. **And how do you know they showed the staff**<br>3 **a photo of E.P.?** |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | A. **Because they went in the office with a paper in their hand.**<br>Q. And where were you standing when you watched them go in the office with the paper in their hand?<br>A. Right there at the breezeway by -- my door was third door to the breezeway. So it was like at the breezeway, kind of in the middle of the door. In the middle of each. I was walking around. And they just kind of caught me and said, Hey, do you know this person?<br>Q. That is when you spoke with the police, right?<br>A. Right.<br>Q. **I'm asking you where you were standing when you observed the police talk to hotel staff?**<br>A. **Oh, I was just in the front of the hotel. I didn't physically see them. I just, you know, thought they went in and talked to them because they went in there with her picture.** And I don't see why they wouldn't go in there and not talk to anybody.<br>…<br>Q. **You said the officer showed you a photograph of E.P.; is that right?**<br>A. Mm-hm.<br>Q. **What did that photograph look like?**<br>A. **Honestly, I don't remember.** It's been, like, 12 years. |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | 4 Q. **Was it just a picture?**<br>5 A. **I think it was just a picture of her face.**<br>6 Q. **Did it have any words on it?**<br>7 A. **I don't remember.**<br>8 Q. Did it have any identifying information<br>9 like hair color, eye color, height, weight?<br>10 A. I believe so. I don't really remember. **I**<br>11 **just remember a picture of her face.** |
| "This conduct continued **after the hotel was shown a notice** stating that E.P. was a missing child, and **when the hotel acted as a lookout** for Black." Opp. at 28.<br><br>"Tucker Motel 6 staff **served as lookouts for Black** and sent sex buyers to him to facilitate his sex trafficking business at Tucker Motel 6. [A.M. Dep. Tr.] at 98:1-5; 84:21-85:7, 93:3-17; 91:14-92:5, 94:9-95:15." Opp. at 9. | <u>A.M. Dep. Tr. at 63:13–16; 93:3–24; 94:14–95:15</u><br>13 Q. **When did the police tell you E.P.** was a<br>14 **minor**?<br>15 A. **I'm not sure of the exact date.** But they<br>16 **came around the hotel with her picture.**<br>…<br>3 Q. Sorry for the back and forth. Turning<br>4 back to paragraph nine, you said: Traffickers and<br>5 drug dealers paid the employees in drugs.<br>6 How do you know that?<br>7 A. I because I seen my trafficker do it.<br>8 Q. When did you see your trafficker pay an<br>9 employee in drugs to keep an eye out for law<br>10 enforcement?<br>11 A. Like I said, I don't remember the dates.<br>12 But it happened all the time.<br>13 Q. When you say "all the time", what do you<br>14 mean?<br>15 A. Basically, like, every day.<br>16 Q. Every day you were at the property? |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | A. Yes.<br>Q. And you observed it every single time it<br>happened?<br>A. I mean, I'm not going to say every single<br>time.<br>Q. How many times do you think you observed<br>it take place?<br>A. I mean, I seen it like four or five.<br>. . .<br>Q. You are saying one of the housekeepers<br>would tell you when the police were coming?<br>A. Yes. They were both in on it. They would<br>tell the girls whatever, you know, tell traffickers<br>police were coming and stuff like that. Because<br>they knew because they had meetings with the office.<br>Q. And what time of day would they be warning<br>you about police coming to the property?<br>A. Like, early morning.<br>Q. How early?<br>A. I would say, like, before check out.<br>Q. And how many occasions do you think that<br>happened?<br>A. I'm not sure.<br>Q. More than once?<br>A. I mean, I was there for years. So yeah.<br>Q. And more than five times?<br>A. Yeah.<br>Q. More than ten times? |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | 8 A. I mean, I would say more than 20 because<br>9 it was still going on right now.<br>10 Q. **I'm asking when it happened to you**,<br>11 **specifically**?<br>12 A. **I mean, I don't know. Like I said, I was**<br>13 **there for years.** I don't want to tell you ten<br>14 times, 20 times and it would be more or less. I<br>15 just know that it happened. |
| "**Chandan and E.P. were "always together"** at Tucker Motel 6, including in common areas. [A.M. Dep. Tr.] at 58:23, 59:1; [E.P. Dep. Tr.] at 176:5-9; [E.P. Decl.] at ¶¶12-13. They walked together around the property and loitered in common areas together. *Id.*" Opp. at 9. | <u>E.P. Dep. Tr. at 162:6–24; 176:5–20</u><br>6 Q. So you never participated in the check-in<br>7 at the Tucker Motel 6?<br>8 A. I did one time. And it would have been I<br>9 guess during that March 31st to 3rd period because it<br>10 was in his name, as far as I know. When I went down<br>11 there, I told them -- he told me to go down there, that<br>12 he wasn't -- he left. **He wasn't there that night maybe**<br>13 **for whatever reason, or maybe he was and left that**<br>14 morning.<br>15 **But for whatever reason, when it was time**<br>16 **to pay for the hotel that day, he wasn't there** and he<br>17 asked me to go down there. I had cash on me. He asked<br>18 me to go down there, tell them your boyfriend is at<br>19 work and that, you know, you're not going to have<br>20 anywhere to go, and he won't be off until like 12:00<br>21 tonight. And so tell them that. Maybe will they let<br>22 you rent the room. They never asked me for ID. They<br>23 never verified how old I was. They just let me pay for<br>24 the room and continued it in his name. |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | …<br>Q. How often was Price at the property with you?<br>A. Every day.<br>Q. Was he there the whole time?<br>A. More often than not, yeah.<br>Q. Where would he be at the property?<br>MR. BOUCHARD: Sorry. You said Price. Are you talking about Chandan?<br>MS. FRANTZ: Yes.<br>MR. BOUCHARD: Okay.<br>A. He would -- I mean, **if I had a date, he would walk to the car as the man was walking up to the room. And he would sit in the car the whole time and then come straight back to the room after the man left.**<br>Q. Where would he park?<br>A. In the parking lot of the hotel.<br><br><u>A.M. Dep. Tr. at 57:6–59:5</u><br>Q. When was the first time you interacted with E.P.?<br>A. Like, the date or?<br>Q. Sure. If you have an approximate date, I would be interested.<br>A. No, I don't.<br>Q. Tell me about your first interaction with E.P. at Tucker Motel 6.<br>A. I mean, we just started talking. And then |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | that was really it.<br>Q. What did you talk about?<br>A. About -- I don't remember exactly what we talked about.<br>Q. How many times do you think you spoke with E.P. at the Tucker Motel 6?<br>A. Just a couple.<br>Q. A couple typically means two. Do you think it was more than two?<br>A. About three or four times.<br>Q. How long did those conversations last?<br>A. Not long.<br>Q. A couple minutes?<br>A. Yes.<br>Q. So you think you had three to four a-couple-minute-long conversations with E.P. when she was at Tucker Motel 6 in 2014?<br>A. Yes, ma'am.<br>Q. And you can't recall what you talked about?<br>A. No, ma'am.<br>Q. **Over what duration did those conversations take place? Was it over a span of a week, over span of a few weeks**?<br>A. **I would say over a week.**<br>Q. **Over one week**?<br>A. **Yes, ma'am.**<br>Q. Returning your attention back to paragraph |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | 18 three, you say: [redacted] was trafficked by a<br>19 guy named Chandan Price AKA Bonz. Do you see that?<br>20 A. Yes, ma'am.<br>21 Q. How do you know [redacted] was being<br>22 trafficked by Bonz?<br>23 A. I saw her with him.<br>24 Q. Anything else that led to the conclusion<br>25 she was being trafficked by Chandan Price?<br>1 A. Just that they were always together.<br>2 Q. Did you ever meet Chandan Price?<br>3 A. No, ma'am.<br>4 Q. Did you ever talk to him?<br>5 A. No, ma'am. |
| "Though E.P. testified to a long list of 'ways' that Defendants 'harmed' her—anxiety, depression, PTSD, nightmares, flashbacks, panic attacks, relationship strain, trust issues, and sexual dysfunction—**Defendants' counsel never asked E.P. basic questions about the link between those harms and Defendants**." Response in Opposition to Defendants' Motion for Summary Judgment on Causation and Damages ("Causation Opp.") at 12. | <u>E.P. Dep. Tr. at 203:15–204:6; 206:10–207:7</u><br>15 Q. Without -- I'm not asking you about<br>16 conversations you've had with your lawyers. I'm not<br>17 asking you to tell me anything about that. Without<br>18 going into that, **what are the ways in which you**<br>19 **personally believe the G6 Defendants have harmed you**?<br>20 A. I've suffered a lot of emotional trauma.<br>21 I have PTSD. I have anxiety. I have depression. I<br>22 suffer from depression. It's hurt me a lot. And like<br>23 my relationships in life with family, friends,<br>24 boyfriends, I always think somebody wants something<br>25 from me or they're not really for me.<br>1 I have a lot of problems with my teeth<br>2 from cocaine usage, from being introduced to cocaine by<br>3 Chandan. Sex, to me, is just kind of, you know -- it |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | doesn't mean anything, and it should. There's a lot of<br>ways that it has affected my life and continues to<br>affect my life till this day.<br>…<br>Q. Did you review this portion of your<br>Complaint before it was filed?<br>A. I don't think I reviewed it, but me and<br>David definitely talked about these things.<br>Q. Okay. Do you see where it says, "Personal<br>injuries"?<br>A. Yes.<br>Q. **What personal injuries have you experienced**<br>**as a result of the G6 Defendants?**<br>A. **I don't know, to be honest. I'm -- I**<br>**don't know. I don't think really any -- I mean, I**<br>**have -- like I said, my teeth are very bad from**<br>**cocaine. I mean, that's...**<br>Q. Okay. Do you see where it says, "Mental<br>anguish and emotional distress"?<br>A. Yes.<br>Q. Okay. **What mental anguish and emotional**<br>**stress do you believe the G6 Defendants caused**?<br>A. **I have PTSD from that. I have anxiety**.<br>**I've become depressed** over it.<br>Q. **Anything else**?<br>A. **No. That's pretty much it as far as**<br>**mental problems**. |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| "**Angel gave E.P. drugs**, which E.P. used regularly. [E.P. Dep. Tr. ] at 92:23-93:4, 93:22-94:5, 94:16-95:1; Ex. 25 at ⁋11 (E.P. Dec.)." Opp. at 7. | E.P. Dep. Tr. at 92:23–93:4; 93:19–95:3<br>Q. Okay. So between January and June of 2014,<br>you were smoking weed every day?<br>A. Yeah.<br>Q. Were you smoking weed more than once a day?<br>A. Yeah, sometimes.<br>Q. More than twice a day?<br>A. Could be, yeah.<br>. . .<br>Q. Have you ever used any other drugs<br>recreationally?<br>A. Cocaine and Ecstasy.<br>Q. When did you use cocaine?<br>A. Cocaine would have been used in the period<br>of like January 2014 all the way up until the beginning<br>of 2018 right before I got pregnant with my son.<br>Q. Do you still use cocaine?<br>A. No, I do not.<br>Q. How often did you use cocaine between<br>January 2014 and before you became pregnant in 2018?<br>A. A daily basis, all day.<br>Q. All day?<br>A. Yeah.<br>Q. **Where did you get the cocaine**?<br>A. **Chandan usually got it for me**. And<br>Chandan was kind of the one who introduced it to me. I<br>was hanging out with him across the hall from where<br>DeShaun lived, Tight lived, and that's how I was |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | 13 introduced to Chandan, by Tight. And **Tight had**<br>14 **cocaine, Chandan had cocaine, and I did it with them**<br>15 **over there**.<br>16 Q. And then you said you also used Ecstasy?<br>17 A. Yes.<br>18 Q. When did you use Ecstasy?<br>19 A. That was less often. Maybe a couple times<br>20 a month.<br>21 Q. During what period of time?<br>22 A. It would be during that same period that I<br>23 gave you for the cocaine usage.<br>24 Q. January 2014 until you became pregnant in<br>25 2018?<br>1 A. Yes.<br>2 Q. You said a couple times a month?<br>3 A. Yes. |
| "**Angel** and Price **took the money**. [E.P. Dep. Tr.] at 204:15-17, [E.P. Decl.] at ⁋10." Opp. at 15. | E.P. Dep. Tr. at 171:11–24<br>11 Q. **Where did you get the money to make**<br>12 **purchases** in the vending machine?<br>13 A. **I believe Chandan or Angel** -- I mean, **when**<br>14 **I was with Angel, I pretty much had my money**. But **she**<br>15 **did take -- steal money from** me. She did make me pay<br>16 for the room. She did make me pay for her and her<br>17 children's food. So there was that. **So I had it then**<br>18 **to go buy them.**<br>19 And then when I was with Chandan, **Chandan**<br>20 **would give me the money** to go down there, you know, and<br>21 buy the condoms. And I usually would go down there |

| **E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1]** | **RECORD EVIDENCE** |
|---|---|
| | 22 each time, like, say the man came. I would leave him<br>23 in the room, walk downstairs, get the condom, go back<br>24 upstairs. And I did that multiple times a day. |
| "**Chandan talked to Black in hotel common areas while E.P. talked to A.M.**, a woman trafficked by Black at Tucker Motel 6. [E.P. Decl.] at ⁋ 14." Opp. at 9. | <u>E.P. Dep. Tr. at 172:7–12; 173:25–174:23</u><br>7 Q. Did Chandan ever direct you to avoid<br>8 contact with the staff at the Motel 6?<br>9 A. **He just told me not to be too friendly**<br>10 **with anybody that was there, even, you know, Amber and**<br>11 **Black and anybody**. He just didn't really want me to be<br>12 friendly with people at all.<br>...<br>25 Q. **Did you ever see any guests while you were**<br>1 **at the Tucker Motel 6**?<br>2 A. **What do you mean "guests"?**<br>3 Q. **Other people staying at the property**.<br>4 A. **Yes, lots of other people staying there**.<br>5 Q. **Did you ever talk to them**?<br>6 A. I knew some of them. There was like a<br>7 lady who kind of ran a store out of her hotel room.<br>8 She had shots. She had cigarettes. She had beer. She<br>9 had alcohol. I mean, she had everything you could<br>10 think like a gas station has. They called her like the<br>11 candy lady. And so I knew her. I couldn't tell you<br>12 her name or really -- I just kind of remember her being<br>13 a heavy-set black woman, maybe in like her forties.<br>14 I'm not sure, though. But she -- I did know her.<br>15 **I knew Amber and Black**. Obviously, Angel.<br>16 And then I think that was it. I mean, there were some |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | guys that sold drugs out of the hotel that were always, you know, talking to me, hi, and that and this, that, and that kind of thing. **But I couldn't talk to them because Chandan -- it would make Chandan mad**. So I mean, people -- a lot of people spoke to me, but I don't -- you know, **I didn't have too much dealings with them, other than like hi and bye and being polite.** |
| "A.M. also corroborated that **she saw E.P. and Angel together and that she met Angel through E.P**. [A.M. Dep. Tr.] at 61:6-23." Opp. at 12. | A.M. Dep. Tr. at 59:16–60:6; 61:1–62:2<br>Q. So you think you may have met a person named Angel at Tucker Motel 6?<br>A. Yes, ma'am.<br>Q. Does the person you think to be Angel have a legal name?<br>A. I'm not sure.<br>Q. You don't know it?<br>A. No.<br>Q. What did the person you think is Angel look like?<br>A. She was short and black.<br>Q. Did she have any kids?<br>A. I'm not sure.<br>Q. **Did you ever see E.P. with Angel?**<br>A. **No. I mean, I really wasn't out like that.** I wasn't allowed to go out.<br>. . .<br>Q. How many times do you think you saw Angel at Tucker Motel 6?<br>A. Maybe two, two or three. |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | Q. Two or three times?<br>A. Yes.<br>Q. Do you recall the approximate time period when you think you saw Angel at Tucker Motel 6?<br>A. No.<br>Q. Do you recall what year?<br>A. No, ma'am.<br>Q. Was it when E.P. was at the property?<br>A. Yes, ma'am.<br>Q. **And how do you know it was when E.P. was at the property?**<br>A. **Because I think that is how I met her or heard about her is through E.P.**<br>Q. **Okay. So you think E.P. told you about Angel?**<br>A. **Or she was around her when I would talk to her.**<br>Q. Angel would be around E.P. when you talk to E.P.?<br>A. Mm-hm. Yes, ma'am.<br>Q. Did you ever talk to Angel?<br>A. Not like that, no.<br>Q. Did E.P. ever talk to you about Angel?<br>A. No. |
| "So, she lied and told the forensic interviewer she stayed in a hotel off of Wesley Chapel, an **area she had driven by countless times**. [E.P. Dep. Tr.] at 105:1-7." Opp. at 19. | E.P. Dep. Tr. at 98:9–100:6<br>Q. Are you familiar with the Rite4Us Inn?<br>A. No.<br>(Whereupon Defendant's Exhibit 3 was marked |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | for identification.)<br>Q. I'm showing you what has been marked as Defendant's Exhibit 3. Do you recognize this property?<br>A. Kind of, yes. I believe it's on Wesley Chapel Road; right?<br>Q. Is this the property where you stayed in early 2014?<br>A. No. I have never stayed there, but I do know where it is.<br>Q. Why do you know where it is?<br>A. Wesley Chapel was a frequent place that we kind of went to. I think Scooby stayed at this hotel a couple times, and we met him there.<br>Q. **When you say, it was a frequent place that we went to, who is the "we"?**<br>A. **Me and Chandan. And this may have been after like -- this would have been like after 2014, after I came home from Wellspring**. We visited Scooby here.<br>Q. **So you believe you visited the Rite4Us Inn in -- after you went home from Wellspring in 2015** to see Scooby?<br>A. **Yes. I also used to take a GED class over on Wesley Chapel. So this is somewhere that -- like I know the area. I'm familiar with the area**.<br>Q. And **the GED class, when was that?**<br>A. **That would have been while I was with Chandan. So maybe after I got out of Wellspring**. So |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| | 15 that would have been, what, two thousand -- **maybe 2015**,<br>16 the GED class would have been over there.<br>17 Q. Did you ever visit this property prior to<br>18 2015?<br>19 A. I don't believe so, no.<br>20 Q. **Did you drive past it**?<br>21 A. **I could have drove past it, yes.**<br>22 Q. **Were you familiar with it before 2015?**<br>23 A. **Yes. I was familiar with the area.**<br>24 Q. **Why were you familiar with the area?**<br>25 A. It was **near** [redacted] **near Chandan's house.**<br>1 **Like I said, I know that I went to GED classes there.**<br>2 **But like I said, that would have been after Wellspring.**<br>3 **So I know this area because of that**. I know we met<br>4 Scooby over there one time. I don't believe I've ever<br>5 stayed in this hotel ever or Chandan while we were<br>6 together. |
| "E.P. also explained that she "exchang[ed] **towels out multiple times a day**." [E.P. Dep. Tr.] at 167:4-5." Opp. at 14. | <u>E.P. Dep. Tr. at 167:4–7</u><br>4 . . . I had interactions with the hotel housekeepers.<br>5 **Sometimes** I exchanged towels out **multiple times a day**.<br>6 I would -- you know, they'd empty my trash can, get my<br>7 towels out of the room, that kind of thing. |
| "She typically ran away to **an apartment rented by an older friend, Deshaun**, who had extra space. [E.P. Dep. Tr.] at 85:21-23, 143:17-21, 86:11-15." Opp. at 7. | <u>E.P. Dep. Tr. at 143:17–21</u><br>17 Q. **Who was living in the Browns' apartment**<br>18 **when you lived there**?<br>19 A. **DeShaun Brown, April Brown, CiCi Brown**,<br>20 **DeShaun's grandmother, and DeShaun's father**. And then<br>21 also Rogelio. |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
|---|---|
| "She had 'nowhere to go,' so she went 'across the hall' to an apartment rented by a man named **Tight, who she had met through Deshaun**. [E.P. Dep. Tr.] at 127:3-8,151:23-152:3." Opp. at 7. | <u>E.P. Dep. Tr. 151:23–152:16</u><br>23 Q. **When did you meet Tight**?<br>24 A. When I first started going over there.<br>25 When I first started running away, DeShaun did not live<br>1 on Brockett Road. They probably moved the end -- maybe<br>2 the end of 2013, but I don't know an exact date. So<br>3 maybe I met him beginning of 2014. I'm not sure.<br>4 Q. **How often would you hang out with him**?<br>5 A. **I mean, starting out, maybe once a week**,<br>6 we would go over there and hang out. **It started out**<br>7 **with him like paying me and April to clean up dishes**,<br>8 **cook for him**. So like we were just doing small things,<br>9 and he was giving us money to do them.<br>10 Q. **And when you say "we" would go over to his**<br>11 **apartment, are you referring to you and April or someone**<br>12 **else**?<br>13 A. **No. Me and April, yeah**. He -- like I<br>14 said, he'd pay us to do the dishes, cook, clean up a<br>15 little bit. And that's kind of how it started, like we<br>16 got introduced to him that way. |
| "The 'first time' that G.M. Primm's supervisor visited Tucker Motel 6, he saw that 'security was a problem[.]' [Martin Dep. Tr.] at 107:15-17." Opp. at 4. | <u>Martin Dep. Tr. at 107:11–108:19</u><br>11 Q When did you first become aware from<br>12 Ms. Primm that security was a problem on the<br>13 property?<br>14 MS. FRANTZ: Objection, form.<br>15 A That would have been the first time I<br>16 visited the property. Probably the first time I<br>17 met Veena. |

| E.P.'S CLAIM IN RESPONSE TO G6'S MSJs[1] | RECORD EVIDENCE |
| --- | --- |
| | BY MS. EKPO:<br>Q Do you recall what year that would be?<br>A I believe 2010. Late 2010.<br>Q Late 2010. In comparison to your other Motel 6 properties that you managed, where did Tucker Motel 6 fall in line of having the most security challenges?<br>MS. FRANTZ: Objection, form.<br>A I mean, it would be in the top three. I don't remember exactly if it was the No. 1 or not. **I already knew before I came down that this was going to be a challenge location from a security standpoint because I was very familiar with the area.** Before I got into the hotel business, I ran a restaurant. I was a general manager of a restaurant just not far down the road from there, and one night we had five armed guys come in and rob everybody and make sure they had them to get on the ground, put a sawed-off shotgun to the assistant manager's head and made him take all the money out of the safe. **Running that restaurant I already knew, because we had a lot of police officers that would come in and eat, I already knew that it was a really tough area**. |