# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

E.P., :
:
Plaintiff, : CIVIL ACTION NO.:
: 4:24-cv-00216
v. :
:
G6 HOSPITALITY, LLC; :
G6 HOSPITALITY PROPERTY LLC; :
MOTEL 6 OPERATING L.P., :
:
Defendants. :

---

VIDEOTAPED DEPOSITION OF
VEENA PRIMM

March 10, 2026
1:05 p.m.

Finch McCranie LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303

Mia L. Smith CCR, No. B-2458

Q. Do you know if your staff always did that?
A. That, I do not know. And that was some of the hiccups. Just because you remember them or just because they lost their key, that's an issue.
Q. If somebody came to the front desk at Tucker Motel 6 to extend a room reservation, would you check their IDs?
A. Check their ID and you still have to take their key because you have to add more time onto the key.
Q. Do you know if your staff always did?
A. I do not know.
Q. Was that an issue?
A. That was an issue.
Q. If somebody did not have an ID, would you rent a room to them?
A. No.
Q. Do you know if your staff did that?
A. That, I don't know. And that's why I would say missing ID information is valid. You have to put in all that information.
Q. Was it a common occurrence that there would be missing ID information?
A. With Barbara.
Q. With Barbara Butler?
A. Yeah.

Q. Anyone else?
A. No. Barbara was my hiccup.
Q. If someone did not want to rent a room under their ID, would you rent a room to them?
A. No. I still need an ID of who's going to be staying there in the room.
Q. Do you know if your staff did that?
A. I don't.
Q. If someone didn't want to rent a room under their name, would you rent a room to them?
A. No.
Q. Do you know if your staff did that?
A. I cannot say that, no.
Q. If someone had a fake ID, would you rent a room to them?
A. No. And I actually had someone come in with a fake ID and they gave it to me over the counter, and it was my son's ID. Literally, it was my son's ID. And I said where'd you get this ID? Because he had moved away. Where'd you get this ID?
Q. What'd they say?
A. I didn't give it back. I called the police. But they left.
Q. How did they get your son's ID?
A. We still don't know. He said he remembered being

CERTIFICATE

STATE OF GEORGIA
COUNTY OF DEKALB

I hereby certify that the foregoing transcript was taken down as stated, and the questions, answers and statements were typewritten by me, and that the transcript is a true and correct record of the testimony given upon said proceeding.

I further certify that I am not a relative nor an employee of any party in this action, nor am I financially interested in the outcome. I have no relationship of interest which would disqualify me from maintaining my obligation of impartiality in compliance with The Board of Court Reporting Code of Professional Ethics.

I have no written contract with any party in this action, and there are no guidelines in the arrangements made for this proceeding that will impact my absolute commitment to serve all parties as an impartial officer of the court.

This 16th day of March 2026.

Mia L. Smith CCR, No. B-2458