# EXHIBIT C

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Monday, March 31, 2025 5:20 PM
**To:** Frantz, Laura; ron@ronestefanlaw.com
**Cc:** Chan, Yvonne W.; Oto Ekpo; Gabe Knisely; Melissa Millen
**Subject:** RE: E.P. v. G6 Hospitality, LLC, et al., Case No. 4:24-cv-00216 (E.D. Tex.) | 26(f) Conference

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious

Good afternoon, Yvonne and Laura—

Nice talking with you earlier today. Here's the information we discussed.

1. **Plaintiff E.P.**
   a. Full name: [redacted]
   b. Maiden name: [redacted]
   c. Alias names/nicknames: [redacted]
   d. DOB: [redacted]
2. **Trafficker**
   a. Full legal name: Chandan Price
   b. Maiden name: N/A
   c. Alias names/nicknames: Bonz, Bonz the Hitman
3. **Trafficker's Associates**
   a. Plaintiff recalls that her trafficker associated with people with the following aliases/nicknames:
      i. Scooby
      ii. Buddha
      iii. Mo
      iv. Frank the Tank
      v. Amanda
      vi. Angie

Thanks, and have a good day.

Best regards,

David

**David Bouchard** (Bio)
*Partner*
FINCH MCCRANIE LLP
TRIAL LAWYERS
229 Peachtree Street N.E., Suite 2500