# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| E.P. | : | Civil Action File |
| | : | No. 4:24-cv-00216 |
| Plaintiff(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| G6 HOSPITALITY, LLC; G6 | : | |
| HOSPITALITY PROPERTY LLC; | : | |
| MOTEL 6 OPERATING L.P. | : | |
| | : | |
| Defendant(s). | : | |

\- - -

Friday, March 27, 2026

\- - -

Videotaped deposition of AMBER MILLWOOD, taken pursuant to notice at Andersen Tate & Carr, P.C., 1960 Satellite Boulevard NW #4000, Duluth, GA 30097, beginning at 11:14 a.m., before JULIE C. WILSON, a Georgia Certified Court Reporter and Registered Professional Reporter.

Motel 6 some time in 2014, but you can't recall more specifically the time period; is that fair?

A. Yes, ma'am.

Q. How did you meet E.P.?

A. I mean, just in passing at the motel.

Q. When was the first time you interacted with E.P.?

A. Like, the date or?

Q. Sure. If you have an approximate date, I would be interested.

A. No, I don't.

Q. Tell me about your first interaction with E.P. at Tucker Motel 6.

A. I mean, we just started talking. And then that was really it.

Q. What did you talk about?

A. About -- I don't remember exactly what we talked about.

Q. How many times do you think you spoke with E.P. at the Tucker Motel 6?

A. Just a couple.

Q. A couple typically means two. Do you think it was more than two?

A. About three or four times.

Q. How long did those conversations last?

A. Not long.
Q. A couple minutes?
A. Yes.
Q. So you think you had three to four a-couple-minute-long conversations with E.P. when she was at Tucker Motel 6 in 2014?
A. Yes, ma'am.
Q. And you can't recall what you talked about?
A. No, ma'am.
Q. Over what duration did those conversations take place? Was it over a span of a week, over span of a few weeks?
A. I would say over a week.
Q. Over one week?
A. Yes, ma'am.
Q. Returning your attention back to paragraph three, you say: [redacted] was trafficked by a guy named Chandan Price AKA Bonz. Do you see that?
A. Yes, ma'am.
Q. How do you know [redacted] was being trafficked by Bonz?
A. I saw her with him.
Q. Anything else that led to the conclusion she was being trafficked by Chandan Price?

Q. What did that photograph look like?
A. Honestly, I don't remember. It's been, like, 12 years.
Q. Was it just a picture?
A. I think it was just a picture of her face.
Q. Did it have any words on it?
A. I don't remember.
Q. Did it have any identifying information like hair color, eye color, height, weight?
A. I believe so. I don't really remember. I just remember a picture of her face.
Q. How old did you think she appeared in the photo?
A. In the photo, she did look young. But in person, she looked kind of older.
Q. Okay. In paragraph five of your declaration -- let me know when you are there.
A. Okay.
Q. You say: I personally knew about at least two other traffickers working at the Motel 6 while I was there. There were lots of other trafficking victims and sex workers at the property that I saw every day.
Do you see that?
A. Yes, ma'am.

*CONFIDENTIAL*

C E R T I F I C A T E

STATE OF GEORGIA:
COUNTY OF FORSYTH:

I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the colloquies, questions, and answers were reduced to typewriting under my direction; that the transcript is a true and correct record of the evidence given under said proceeding.

I further certify that I am not a relative or employee or attorney of any party, nor am I financially interested in the outcome of this action.

I have no relationship of interest in this matter which would disqualify me from maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.

I have no direct contract with any party in this action and my compensation is based solely on the terms of my subcontractor agreement.

Nothing in the arrangements made for this proceeding impacts my absolute commitment to serve all parties as an impartial officer of the court.

This 27th day of March, 2026 .

JULIE C. WILSON, CRR, RPR
CCR # 5243-5949-0338-8160